# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1833

_____

ANTWAN WILSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen Everett, Judge.


February 20, 2026

PER CURIAM.

   AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Antwan Wilson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.